IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| TOMMIE LEE HAUSEY, SR., #158914,  ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | CASE NO.  2:09-cv-373-TMH |
| ) | WO |
| STATE OF ALABAMA, *et al.,*  ) | |
| ) | |
| Defendants. ) | |

## O R D E R

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #4) to the Recommendation of the Magistrate Judge filed on June 3, 2009 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #3) filed on May 22, 2009 is adopted;

3. This case is DISMISSED without prejudice for plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this the 22nd day of June, 2009.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE